

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-20-00047-CV

---

IN THE INTEREST OF M.M., A CHILD

---

On Appeal from County Court at Law
Hood County, Texas
Trial Court No. CL213198

---

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' jointly filed motion to dismiss this appeal based on the settlement of their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 24, 2020